JANUARY 14, 1970

No. 944. CARTER ET AL. *v.* WEST FELICIANA PARISH SCHOOL BOARD ET AL., *ante,* p. 290;

No. 972. SINGLETON ET AL. *v.* JACKSON MUNICIPAL SEPARATE SCHOOL DISTRICT ET AL., *ante,* p. 290; and

No. 1003. WEST FELICIANA PARISH SCHOOL BOARD ET AL. *v.* CARTER ET AL., *infra.* Motion of Louisiana Teachers Assn. for leave to file a brief as *amicus curiae* granted. *John F. Ward, Jr.,* on the motion.

No. 1027. JACKSON MUNICIPAL SEPARATE SCHOOL DISTRICT ET AL. *v.* SINGLETON ET AL. C. A. 5th Cir. Certiorari denied. *Robert C. Cannada* and *Thomas H. Watkins* for petitioners. 

No. 1042. HINDS COUNTY SCHOOL BOARD ET AL. *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied. *A. F. Summer,* Attorney General of Mississippi, and *John C. Satterfield* for petitioners. 

No. 1003. WEST FELICIANA PARISH SCHOOL BOARD ET AL. *v.* CARTER ET AL. C. A. 5th Cir. Motion to dispense with printing petition granted. Certiorari denied. *John F. Ward, Jr.,* for petitioners. *Mr. Ward* for Louisiana Teachers Assn. as *amicus curiae* in support of the petition.